**Nebraska Court of Appeals Memorandum Opinions
NOT Selected for Posting to Court Website**

**(released the week prior to December 8, 2020)**

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

| | |
|---|---|
| A-20-065 | Tyler v. Gould |
| A-20-152 | Apenyuiagba v. Hammer Down Auctions |
| A-20-270 | State v. Dewey |
| A-20-379 | Corral-Loya v. Villela-Armendariz |

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.